UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNARD HAMMERSCHLAG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., *et al.*,<br><br>Defendants, | Electronically filed<br><br>No. 07 Civ. 10258 (RJS) (JCF)<br><br>ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Citigroup Inc., and certifies that he is admitted to practice in this Court.

Dated:    December 31, 2007         WACHTELL, LIPTON, ROSEN & KATZ

                          By:     s/ George T. Conway III
                                  George T. Conway III (GC 3181)

                                  51 West 52nd Street
                                  New York, New York  10019-6150
                                  Telephone:  (212) 403-1000
                                  Facsimile:  (212) 403-2000
                                  E-mail:  GTConway@wlrk.com

                                  *Attorneys for Citigroup Inc.*