UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNARD HAMMERSCHLAG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., *et al*.,<br><br>Defendants, | Electronically filed<br><br>No. 07 Civ. 10258 (RJS) (JCF)<br><br>ECF Case |

**NOTICE OF APPEARANCE**

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Citigroup Inc., and certifies that he is admitted to practice in this Court.

Dated:    December 31, 2007            WACHTELL, LIPTON, ROSEN & KATZ

                    By:    s/ Jonathan M. Moses
                        Jonathan M. Moses (JM 9049)

                        51 West 52nd Street
                        New York, New York  10019-6150
                        Telephone:  (212) 403-1000
                        Facsimile:  (212) 403-2000
                        E-mail:  JMMoses@wlrk.com

                        *Attorneys for Citigroup Inc.*