UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNARD HAMMERSCHLAG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10258 (RJS) (JCF)<br><br>ECF Case |

## RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.

Citigroup Inc. is a publicly traded corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 31, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Lawrence B. Pedowitz
    Lawrence B. Pedowitz  (LP 9718)
    George T. Conway III  (GC 3181)
    Jonathan M. Moses  (JM 9049)
    John F. Lynch  (JL 6661)
    51 West 52nd Street
    New York, New York  10019-6150
    Telephone:  (212) 403-1000
    Facsimile:  (212) 403-2000

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Brad S. Karp
    Brad S. Karp  (BK 3702)
    Richard A Rosen  (RR 5132)
    Lewis R. Clayton  (LC 7207)
    1285 Avenue of the Americas
    New York, New York  10019-6064
    Telephone:  (212) 373-3000
    Facsimile:  (212) 492-3990

*Attorneys for Citigroup Inc.*