USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TILLIE SALTZMAN,                                :    07 Civ. 9901 (SHS)
                                                :
                 Plaintiff,              :
                                                :    ORDER
      -against-                               :
                                                :
CITIGROUP INC., *ET AL.*,                       :
                                                :
                 Defendants.             :
------------------------------------------------------------x
LENNARD HAMMERSCHLAG,                           :    07 Civ. 10258 (SHS)
                                                :
                 Plaintiff,              :
                                                :
      -against-                               :
                                                :
CITIGROUP INC., *ET AL.*,                       :
                                                :
                 Defendants.             :
------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT                    :    08 Civ. 0135 (SHS)
ASSOCIATION OF COLORADO, *ET AL.*,              :
                                                :
                 Plaintiffs,             :
                                                :
      -against-                               :
                                                :
CITIGROUP INC., *ET AL.*,                       :
                                                :
                 Defendants.             :
------------------------------------------------------------x
JUDY G. FISHER,                                 :    08 Civ. 0136 (SHS)
                                                :
                 Plaintiff,              :
                                                :
      -against-                               :
                                                :
CITIGROUP INC., *ET AL.*,                       :
                                                :
                 Defendants.             :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The four above-captioned securities class actions have been assigned to this Court. Four motions are currently pending to consolidate these actions, appoint lead plaintiffs, and approve selection of lead counsel, brought by (1) movant David Garden; (2) the plaintiffs in <u>Public Employees' Retirement Association of Colorado, et al. v. Citigroup Inc., et al.</u>, 08 Civ. 0135; (3) movants ATD Group; and (4) movants U.S. Public Fund Group. Accordingly,

IT IS HEREBY ORDERED that:

1. Any opposition to these motions shall be filed by January 28, 2008;

2. Oral argument on the motions will be held on February 8, 2008, at 2:00 p.m.; and

3. The parties shall provide the Court with courtesy copies of all motion papers at the same time they are served on opposing counsel.

Following determination of these motions, the Court will be asking the parties to develop a case management order for the orderly progress of these litigations.

Dated: New York, New York
January 22, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

2