

# KIRBY McINERNEY, LLP

TELEPHONE (212) 371-6600
(212) 317-2300
FACSIMILE (212) 751-2540

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

RECEIVED
JAN 3 0 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

*830 Third Avenue*
*New York, N.Y. 10022*

**BY HAND**

January 29, 2008

Honorable Sidney H. Stein
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 1010
New York, New York 10007

*p2*

Re:    Saltzman v. Citigroup, et al.
       Civil Action No. 1:07-cv-09901-SHS    *07 Civ. 10258*
       *+ Related cases —*    *08 Civ. 135*
                              *08 Civ. 136*

Dear Judge Stein:

We are counsel for ATD Group, proposed lead plaintiffs in the referenced securities class action. Pursuant to the Court's January 22, 2008 order, we write to provide courtesy copies of the following papers served and filed yesterday via ECF:

1.    Memorandum of Law of the ATD Group in Opposition to the Competing Motions for Appointment of Lead Plaintiff.

2.    Affidavit of Roger W. Kirby with exhibits.

We also wish to raise a scheduling issue. The Court scheduled oral argument on the competing lead plaintiffs motions for Friday, February 8, 2008 at 2:00 p.m. The scheduled hearing date comes just one day after the movants' reply briefs are due pursuant to Local Civil Rule 6.1(b) and F.R.C.P. 6(e). As such, the Court and the competing movants will have less than half a day to analyze, test, and craft rebuttals to, issues and arguments raised in the reply papers.

Finally, on a personal note, I am the attorney who is scheduled to argue the motion on behalf of the ATD Group. Due to religious observances, I am unavailable to attend the hearing

WEBSITE: KMLLP.COM          E-MAIL: KM@KMLLP.COM

KIRBY MCINERNEY LLP

Honorable Sidney H. Stein
Page 2
January 29, 2008

on the afternoon of February 8, 2008 or any hearing that begins after 12:30 p.m. on a Friday afternoon this time of year. I am generally available otherwise.

Respectfully submitted,

Kirby McInerney LLP

By: _Ira Press_
    Ira Press

cc:    Andrew L. Barroway, Esq. (via email)
       Gerald H. Silk, Esq. (via email)
       Andrew Entwistle, Esq. (via email)
       Joseph Weiss, Esq. (via email)
       Jeffrey C. Block, Esq. (via email)
       Merrill G. Davidoff, Esq. (via email)
       Roger W. Kirby (via email)
       Peter S. Linden (via email)

SO ORDERED 2/4/08

SIDNEY H. STEIN
U.S.D.J.