USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | 07 CV 09901 (SHS) (FM)<br><br>CLASS ACTION |
| LENNARD HAMMERSCHLAG, Individually And on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK and GARY CRITTENDEN,<br><br>Defendants. | 07 CV 10258 (SHS)<br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT: based upon the review of the papers filed by the (1) U.S. Public Funds, (2) the Global Pension Funds, and (3) the ATD Group (collectively the "Movants"), movant David Garden, through his counsel, hereby withdraws his motion for lead plaintiff and appointment of lead counsel. [Motions 5+6 in 07 Civ.9901]

[Motions 12 + 13 in 07 Civ. 10258]

Furthermore, based upon the various arguments set forth in the Movants' papers, movant Garden supports the motion of the U.S. Public Funds as Lead Plaintiff in this Action. More specifically, based upon (1) the unique defenses raised by the U.S. Public Funds against the Global Pension Funds and the ATD Group, (2) the fact that the U.S. Public Funds group is the product of a cohesive decision by the U.S. Public Funds' directors to join together, on their own accord (as opposed to a lawyer-driven group), to seek lead plaintiff appointment, and (3) the U.S. Public Funds' success in prior securities class action litigation, movant Garden, through this withdrawal, supports the motion of the U.S. Public Funds as being the most adequate plaintiff to prosecute this Action on behalf of the Class.

This withdrawal and support of the U.S. Public Funds is being made without any agreement for consideration to movant Garden or his counsel.

Dated: February 7, 2008

SO ORDERED 7/15/09

SIDNEY H. STEIN
U.S.D.J.

WEISS & LURIE

By: s/ Joseph H. Weiss
Joseph H. Weiss (JW-4534)
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

**Counsel for Movant David Garden**

1