```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LENNARD HAMMERSCHLAG,                    :     07 Civ. 10258 (SHS)

                    Plaintiff,          :

    -against-                                              :

CITIGROUP INC., *ET AL.*,                :

                 Defendants.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Clerk of Court is directed to change the related designation on the docket sheet in this case from 07 Civ. 9790 to 07 Civ. 9901.

Dated: New York, New York
       August 15, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.